OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

UNITED STATES POSTAGE
PITNEY BOWES

02 1R
0006557458        $ 00.26⁵
MAILED FROM ZIP CODE 78701        MAR 31 2015

PRESORTED
FIRST CLASS

**3/25/2015**
**ELLER, NATHAN RAY   Tr. Ct. No. W13-51772-Y (A)**        WR-83,051-02
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

78711

Abel Acosta, Clerk

Discharged

NATHAN RAY ELLER
HUTCHINS UNIT - TDC # 1670806
1500 E. LANGDON RD.
DALLAS, TX 75241

U TF